## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED: MAY 19, 2008 |
|---|---|---|

LYONS PARTNERSHIP, L.P., a Texas limited partnership; HIT ENTERTAINMENT LIMITED, a United Kingdom limited corporation; GULLANE (THOMAS) LIMITED, a United Kingdom limited corporation; GULLANE (DELAWARE) LLC, a Delaware limited liability company; THOMAS LICENSING, LLC, a New York limited liability company; SANRIO CO., LTD., a Japanese company and SANRIO, INC., a California corporation,
Plaintiffs,

vs.

STACIE WELLE, individually and d/b/a PARTY SAVER; and THADDEUS CHASE, an individual,
Defendants.

08CV2909                    TG
JUDGE GRADY
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print)<br>William T. McGrath | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William T. McGrath | |
| FIRM<br>Davis McGrath LLC | |
| STREET ADDRESS<br>125 South Wacker Drive, Suite 1700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1843567 | TELEPHONE NUMBER<br>(312) 332-3033 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐