### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LYONS PARTNERSHIP, L.P., a Texas limited partnership; HIT ENTERTAINMENT, a United Kingdom limited corporation; GULLANE (THOMAS) LIMITED, a United Kingdom limited corporation; GULLANE (DELAWARE) LLC, a Delaware limited liability company; THOMAS LICENSING, LLC, a New York limited liability company, SANRIO, LTD. A Japanese company, and SANRIO, INC., a California corporation, <br><br> *Plaintiffs,* <br><br> V. <br><br> STACIE WELLE, individually and d/b/a PARTY SAVER, and THADDEUS CHASE, an individual, <br><br> *Defendants.* | 08 CV 2909 <br> JUDGE GRADY <br> MAGISTRATE JUDGE COX |

## NOTICE OF FILING

TO:   William T. McGrath            Noel M. Cook
      Christopher W. Schneider      Owen, Wickersham & Erickson, P.C.
      125 S. Wacker Drive, Suite 1700   455 Market St., 19th Floor
      Chicago, IL 60606             San Francisco, CA 94105

PLEASE TAKE NOTICE that on July 1, 2008, we filed the attached *Attorney Appearance* by means of the Court's electronic filing system.

Respectfully submitted,
Stacie Welle and Thaddeus Chase, Defendants


By:   s/ Craig R. Frisch
One of her Attorneys

BERTON N. RING, P.C.
123 West Madison Street, Suite 1500
Chicago, IL  60602
(312) 781-0290

## **CERTIFICATE OF SERVICE**

      I, Craig R. Frisch, an attorney for Defendants, certify that on July 1, 2008, I caused the foregoing *Attorney Appearance* to be filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all attorneys and parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Additionally, the following parties were served by first class U.S. Mail, postage prepaid, on July 1, 2008:

| | |
|---|---|
| William T. McGrath | Noel M. Cook |
| Christopher W. Schneider | Owen, Wickersham & Erickson, P.C. |
| 125 S. Wacker Drive, Suite 1700 | 455 Market St., 19th Floor |
| Chicago, IL 60606 | San Francisco, CA 94105 |