# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2909 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Lyons Partnership, et al. Vs. Stacie Welle, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion for extension of time in which to answer or otherwise plead to the complaint is granted. Defendants to answer to plead to the complaint on or before 07/31/08.  Status hearing set for 09/17/08 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|