**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LYONS PARTNERSHIP, L.P., a Texas limited partnership; HIT ENTERTAINMENT, a United Kingdom limited corporation; GULLANE (THOMAS) LIMITED, a United Kingdom limited corporation; GULLANE (DELAWARE) LLC, a Delaware limited liability company; THOMAS LICENSING, LLC, a New York limited liability company, SANRIO, LTD. A Japanese company, and SANRIO, INC., a California corporation, | ) ) ) ) ) ) ) ) ) | 08 CV 2909<br>JUDGE GRADY<br>MAGISTRATE JUDGE COX |
| *Plaintiffs,* | ) ) | |
| V. | ) ) | |
| STACIE WELLE, individually and d/b/a PARTY SAVER, and THADDEUS CHASE, an individual, | ) ) ) ) | |
| *Defendants.* | ) | |

**AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO
<u>ANSWER OR OTHERWISE PLEAD</u>**

The Defendants, Stacie Welle d/b/a Party Saver and Thaddeus Chase, by and through their counsel, Berton N. Ring, P.C., move this Honorable Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to grant them a 30-day extension of time in which to plead to the Plaintiffs' Complaint, and in support thereof state the following:

1.  On May 19, 2008, the Plaintiffs filed an 18-page complaint against the Defendants, with a total of seventeen exhibits, alleging that Plaintiffs are owed damages based on Defendants' alleged copyright infringement.

2.  On or about June 30, 2008, the Defendants retained the services of Berton N. Ring, P.C. in order to defend them against these claims.

3.     On July 9, 2008, this Court granted Defendants' motion for an extension of time, allowing Defendants until July 31, 2008 to answer or otherwise plead to the complaint.

4.     Shortly thereafter, the parties began settlement discussions. Those discussions are ongoing.

5.     In light of the ongoing settlement discussions, Defendants seek an additional 30 days in which to answer or otherwise plead to the complaint.

6.     Defendants' counsel has spoken to counsel for the Plaintiffs, William T. McGrath, and he has no objection to allowing Defendants an additional 30 days to answer or otherwise plead in order to facilitate a potential settlement of this matter.

WHEREFORE, the Defendants, Stacie Welle d/b/a Party Saver, Inc. and Thaddeus Chase pray that this Honorable Court grant them an extension of time of 30 days, up to and including September 2, 2008, in which to answer or otherwise plead to the Plaintiffs' complaint, and for other relief as this Court deems necessary and just.

Respectfully submitted,
Stacie Welle and Thaddeus Chase

 s/ Craig R. Frisch

By one of their attorneys

**BERTON N. RING #12735**
**BERTON N. RING, P.C.**
**123 West Madison Street, 15th Floor**
**Chicago, IL 60602**
**(312) 781-0290**