UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lyons Partnership, L.P.,, et al.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−02909
                                            Honorable John F. Grady

Stacie Welle, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, August 28, 2008:


    MINUTE entry before the Honorable John F. Grady:Motion for extension of time
to answer [15] is granted. Hearing set for 09/03/08 is stricken.Mailed notice(jlj, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.